IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH – NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
2008 JAN 14  A 9:59
DISTRICT OF UTAH
BY: DEPUTY CLERK

| | |
|---|---|
| WILLIAM A. WARD,<br><br>    Appellant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Appellee. | ORDER<br><br>Case No. 2:07-CR-779 |

William A. Ward was convicted on October 17, 2007 by Magistrate Judge Brooke C. Wells of driving without a valid driver's license in violation of Utah Code § 53-3-202, assimilated by 18 U.S.C. § 13, and driving without a valid motor vehicle registration in violation of Utah Code § 41-1a-1303, assimilated by 18 U.S.C. § 13. Before the Court is Mr. Ward's appeal of the Magistrate Judge's findings. Mr. Ward argues that because he is a Native American and a member of the Pembina Nation tribe, the documents issued to him by Pembina Nation entitled "International Driver's Certificate of Competency" and "Certificate of Title for a Vehicle" excuse him from obtaining a Utah driver's license and motor vehicle registration. Because Judge Wells found that Mr. Ward is in fact a resident of the state of Utah, Mr. Ward is obligated to comply with Utah Code § 53-3-202 and § 41-1a-1303. Accordingly, this Court affirms the conviction.

It is so ordered.

DATED this 12th day of January, 2008.

_____
Dee Benson
United States District Judge